UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WILLIAM WALDEMAR GODOY,
a/k/a Raul Alexander Vasquez-
Godea, a/k/a Juan Carlos Rivas-
Rivas,
a/k/a Juan Garcia, and
a/k/a Juan Perez-Garcia,
        Defendant.

CR 22-40077

STIPULATION REGARDING
FIREARMS

The United States of America, by and through its attorney, Assistant United States Attorney Connie Larson, and the Defendant, by and through his attorney, Tierney Scoblic hereby stipulate and agree as follows:

The firearms listed below are not antique firearms and are designed to expel a projectile by the action of an explosive and, therefore, are firearms as defined by federal law. The firearms were manufactured in a state other than South Dakota and were transported across state lines before they were seized by law enforcement.

1. a Winchester 12-gauge Shotgun, Model 25, bearing serial number 79241, and

2. a FN Herstal Rifle, Model PS90, bearing serial number 130662.

˅1˅



The parties also agree that this stipulation may be received into evidence at trial without any additional foundation or proof.

4/1/24
Date

_Connie Larson_
Connie Larson
Assistant United States Attorney

3-25-24
Date

_Tierney Scoblic_
Tierney Scoblic
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WILLIAM WALDEMAR GODOY,
a/k/a Raul Alexander Vasquez-
Godea, a/k/a Juan Carlos Rivas-
Rivas,
a/k/a Juan Garcia, and
a/k/a Juan Perez-Garcia,
        Defendant.

CR 22-40077

STIPULATION REGARDING PRIOR
DEPORTATION AND REMOVAL
FROM THE UNITED STATES AND
NO REQUEST TO RE-ENTER THE
UNITED STATES

The United States of America, by and through its attorney, Assistant United States Attorney Connie Larson, and the Defendant, by and through his attorney, Tierney Scoblic hereby stipulate and agree as follows:

1. That the Defendant was previously ordered to be deported and removed from the United States and was deported and removed from the United States on or about October 15, 2010, at and through Chandler, Arizona; and on or about June 16, 2016, at and through Hidalgo, Texas.

2. That the Defendant did not, at any time, request or obtain the consent of the Secretary of the United States Department of Homeland Security to return to the United States.

˅1˅



GOVERNMENT
EXHIBIT
2

The parties also agree that this stipulation may be received into evidence at trial without any additional foundation or proof.

_4/1/24_
Date

_Connie Larson_
Connie Larson
Assistant United States Attorney

_3-26-24_
Date

_Tierney Scoblic_
Tierney Scoblic
Attorney for Defendant







5:21

**William Godoy**

Por que asi esta maleeno semana a semana 1:58 p. m. ✓✓

Asj que gracias 1:58 p. m. ✓✓

7 de junio de 2022

Si tenes guevos por que putas no das la cara pedaso de mierda ahora como lla estas aqui sentir que el mundo es tullo pero te equivocas por que sienpre vas andar comiendo mierda mal agradesido de mierda pero quiero que vengas adar la cara y ablar con mi abogado 7:18 a. m.

Acordarte que ahora es el 10 por ciento asta terminar la deuda 7:23 a. m.

Asi que llano hay alluda llamame y así quiero mi dinero lo quiero todo esta semana oh sino son 10 por ciento asta terminar la deuda 7:24 a. m.

Hoy

Bloqueaste a este contacto. Toca para desbloquearlo.

Mensaje



GOVERNMENT EXHIBIT 8



Thank you

If you have balls why the hell don't you show your face you piece of shit now that you're here you feel like the world is yours but you're wrong because you're always going to be eating shit you're not very grateful for shit but I want you to come and show your face and talk to my lawyer

Remember that now it is 10 percent until the debt is finished

so now there is no help call me and now I want my money I want it all this week and if not it's 10 percent until the debt is finished



GOVERNMENT
EXHIBIT
9

PENGAD 800-631-6989



Case 4:22-cr-40077-KES   Document 103   Filed 04/05/24   Page 9 of 75 PageID #: 436



Case 4:22-cr-40077-KES   Document 103   Filed 04/05/24   Page 10 of 75 PageID #: 437





¿Lo que yo quiero es mi dinero como vos le habías dicho antes, vale? en lo demás si se va o se queda es pedo de él va. y ahorita viene a dejar el carro tirado ahi en la madrugada y a sacar su ropa y no vino a dar la cara dijo que iba a venir ahablar conmigo ayer y

**o sí y eso hizo ah?**

Si, si no [unintelligible] … si hablo con vos… [unintelligible]

**Ah oh. Si le miro ahi te lo digo**

Llegado ahi con vos?

**No. tengo tiempo de no verlo ni llegue ahí a la casa**

Hoy yo te digo que trabajo ahi con vos.

**No hoy no trabajo**

y ayer?

**Tampoco.**

si llega se llega allá se llega ahí con vos o algo o te llama me avisas fotos

**está bien, ahí te aviso.**

[unintelligible] vale pues

---

What I want is my money as you said before, okay? if he leaves or stays, it's his issue, and later he came to leave the car lying yesterday morning and to take out his clothes, and he didn't come to show his face, he said he was going to say to talk to me yesterday

**or yes and that he did right?**

Yes, yes no…if he talked to you…

**Ah. If I see him there I will tell you.**

Did he arrive with you?

**No, I haven't seen him in awhile and he hasn't come to the house.**

Today he said he worked with you.

**No today I didn't work.**

And yesterday?

**Neither.**

If he arrives, if he arrives, if he arrives there with you or something call me or send photos.

**Okay, I'll let you know.**

Ok well.



WhatsApp Audio 2024-03-25 at 6.47.31 AM (1)

Lo que voy a hacer que le voy a cobrar mora, le voy a cobrar mora, como me cobran a mí aquí en los bancos cobran mora por día por atrasado y en Guatemala cobran ya mora también usted lo sabe, un prestamo le cobran mora y le cobran por día. Entonces ya mi abogado, yo hablé con él, ya estaba él está sacando los documentos para que llegue el domingo y le va a repetir lo mismo que le estoy diciendo de parte mía, deben 8500 USD más el 10% de intereses para ese día y entonces usted va a firmar de allá y va a ser cero total de que ese dinero, cuántos días lo va a entregar o qué propiedad va a dar empeñadas mientras no paga? Ah. Así está que yo a mi propio primo le embargue el terreno y ahora no lo voy a hacer con ustedes. Yo lo hice porque confían en usted y todavía sigo confiando en usted y por eso le estoy hablando usted porque él no da la cara. Igual si usted no me hago, si ustedes no me hubiera contestado ese día y no me hubiera contestado Hoy este mismo día hubieran la hubieran ido a buscar a su casa.

What I'm going to do is I'm going to charge you arrears, I'm going to charge you arrears, as they charge me here in the banks they charge arrears by the day and in Guatemala they charge arrears, you know it too, for a loan they charge you arrears and They charge you per day. So now my lawyer, I spoke with him, he was already taking out the documents so that it arrives on Sunday and he is going to repeat the same thing that I am telling him on my behalf, you owe 8,500 USD plus 10% interest for that day and then you are going to sign from there and it will be total zero of that money, How many days are you going to deliver it or what property are you going to give pawned while you don't pay? Oh. So I seized my own cousin's land, and now I'm not going to do it to you. I did it because they trust you and I still trust you and that's why I'm talking to you because he doesn't show his face. if you hadn't answered me that day and you wouldn't have answered me Today they would have gone to look for you at your house.



GOVERNMENT EXHIBIT 20

WhatsApp Audio 2024-03-25 at 6.47.31 AM (2)

no habíamos hablado hace dos años ya le di mucho tiempo y pues creo que no quieren pagar entonces ya te digo que ese dinero no se la perdió

**así para dónde voy a sacar ese dinero si no tengo**

pues yo no sé así porque cuando me rogó que le echara la mano no me dijo eso Yo no sé cómo le va a hacer no se

we hadn't spoken for two years, I already gave him a lot of time and I think you don't want to pay, so I'm telling you that he didn't lose that money,

**so where am I going to get that money if I don't have it,**

Well, I don't know that because when he asked me to give him a hand, he didn't tell me that. I don't know how he's going to do it, I don't know.



GOVERNMENT
EXHIBIT
22

WhatsApp Audio 2024-03-25 at 6.47.31 AM (3)

como le digo el anda bien y no quiere pagar pues usted va a pagar de todo modos ya necesito que empieza moverse porque usted no se ha movido y ya ya tengo toda la gente que le va a ir a comer a su casa y ya cuando empieza a ir sus abogados van a empezar a dinero Pero bueno. que no tiene o tenga no me importa a mí lo que yo necesito es mi dinero ya mucho tiempo entonces como le digo ustedes no les importa o sea nos importa y como le digo el trato como usted dijo de palabra lo hicimos y yo sabía que esos tratos de palabra se rompen y se lo dije seacordará que Ah, te acordarás que en 2 años no me van a pagar y cavarlas está pasando.

As I said, he's doing fine and he doesn't want to pay but you're going to pay anyway, I need you to start moving because you haven't moved and I already have all the people who are going to your house and when he starts to go to your lawyer they s are going to collect money. But hey. What you don't have or what you have, it doesn't matter to me, what I need is my money for a long time, so as I say, you don't care, that is, we care, and as I tell you the deal, as you gave your word, we did it and I knew that Those verbal deals are broken and I told him, he will remember that Ah, you will remember that in 2 years they are not going to pay me and that is what is happening.

GOVERNMENT
EXHIBIT
24
PEMUD 300-531-0000



GOVERNMENT
EXHIBIT
25



GOVERNMENT
EXHIBIT
24



GOVERNMENT
EXHIBIT
27



GOVERNMENT
EXHIBIT
28





GOVERNMENT
EXHIBIT
30



GOVERNMENT
EXHIBIT
31

PENGAD 800-631-6989

ABRIL.2, 2021

YO, JUAN CARLOS PEREZ GARCIA DI PRESTAMO DE $16,000.00 DOLARES A JUAN

MANUEL RIVERA RUIZ, CON MOTIVO DE CONSTRUCCION EN GUATEMALA. PARA

SEGURIDAD DE PAGO EL SEÑOR JUAN CARLOS PEREZ GARCIA ME DIO LA COPIA DEL

TITULO DE UN TERRENO QUE ESTA A SU NOMBRE (COPIA ADJUNTA), CON EL

PROPOSITO DE OBTENER EL TITULO ORIGINAL LO MAS PRONTO POSIBLE. EL

CONTRATO FUE HECHO EN DICIEMBRE 1, 2020. ME ABONO UNA CANTIDAD DE $ 250.00

EN ENERO 23, 2021, EL SEGUNDO ABONO $300.00 EN FEBRERO 5, 2021, TERCER ABONO

DE $300.00 EN FEBRERO 12, 2021, EL CUARTO ABONO DE $ 300.00 EN FEBRERO 19, 2021

Y EL QUINTO ABONO DE $400.00 EN MARZO 6, 2021 DANDO UN TOTAL DE $1,550.00

HASTA HOY Y QUEDANDO UN BALANCE DE $14,450.00 EL CUAL DESDE HOY SERA DE

10% MAS POR SEMANA HASTA QUEDAR LA CUENTA CANCELADA.

AL NO CUMPLIR ESTE CONTRATO SERA SUJETO A LLEVAR ESTE CASO ANTE LA CORTE.

_____
JUAN CARLOS PEREZ GARCIA

_____
JUAN MANUEL RIVERA RUIZ

SEAL
ELISAMA GARZA
Notary Public
SOUTH DAKOTA

"My Commission Expires"
December 29, 2023

4/3/21

GOVERNMENT
EXHIBIT
32

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
4b
PENGAD 800-631-6989

Case 4:22-cr-40077-KES   Document 103   Filed 04/05/24   Page 25 of 75 PageID #: 452





GOVERNMENT
EXHIBIT
42

GOVERNMENT
EXHIBIT
43



GOVERNMENT
EXHIBIT
44





GOVERNMENT
EXHIBIT
45

Luis Augusto

|  |  |  |
|---|---|---|
|  | Abono | 500 |
| 8/9/2021 | Abono | 500 |
| 8/16/27 | Abono | 500 |
| 8/23/21 | Abono | 400 |
| 9/27/21 | Abono | 400 |
| 10/8/21 | Abono | 600 |
| 15/10/21 | Abono | 1,100 |
| 29/10/21 | Abono | 400 |
| 11/5/21 | Abono | ~~600~~ 600 |
| 11/12/21 | Abono | 500 |
| 11/18/21 | Abono | 400 |
| 11/25/21 | Abono | 500 |
| 12/9/21 | Abono | 500 |
| 10/8/22 → | 1/8/22 |  |
| 10/~~   ~~/22 |  |  |
|  |  |  |
|  | Abono | 500 |
| 24/1/22 | Abono | 500 |
| 5/2/22 | Abono | 500 |
| 18/2/22 | Abono | 500 |
| 19/2/22 | Abono | 500 |
| 5/3/22 | Abono | 500 |
| 15/3/22 | Abono | 500 |
|  | Abono | 600 |
|  | Abono | 600 |

GOVERNMENT
EXHIBIT
48
PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
49
PENGAD 800-631-6989



GOVERNMENT
EXHIBIT
50



GOVERNMENT
EXHIBIT
51











GOVERNMENT
EXHIBIT
58

G&L REAL ESTATE LLC  0620

BRANDON,

78-683
914  12

No. 1223

DATE 8-29-22

Pay to the order of  Juan Carlos Perez Garcia          $ 1,345.44

One thousand three hundred forty five and 44/100          DOLLARS

FIRST
SAVINGS
BANK
www.firstsavingsbanks.com
Express Line 1-800-555-8895

Peseuse

MEMO

⑆01223

GOVERNMENT
EXHIBIT
6b

PENGAD 800-631-6989







GOVERNMENT EXHIBIT 65



GOVERNMENT
EXHIBIT
66
PENGAD 800-631-6989



LBPZ8071

Im working

**Okay**

And you what's up

**No, have you seen that piece of garbage**

Who

**[Unintelligible]**

No I haven't seen him

**Doesn't he live with you**

No he lives with his girlfriend

**He was supposed to bring money on the 25th and yeah it's the 25th and now I need you to tell him, I know you don't have anything to do with this but tell him to be a man be a fucking man you were supposed to hand over money on the 25th and he hasn't brought me anything and I'm still waiting.**

Oh

**Tell him it's the 25th and he still hasn't paid the interest, he has to pay interest and all of it because he owes it. Now I am going to try and call his mom to see where he is because he won't show his face.**

Okay

**I know you don't have anything to do with this**

Well yeah

**So if he doesn't show tomorrow ill have to go find him.**

Okay

**Tomorrow ill go find him, ill call you but you don't tell him anything please. Ill go look for him where he works and he'll have to show his face because yeah the 25th**

Yes

**Yeah the 25th passed and its 3 in the afternoon and the day is almost over and nothing. So if you could talk to him or I don't know if you have his phone number or what but if you could help me**

Okay, like I say I don't know much about him, when he gets to work sometimes they send him with another group so he's not with me

**Oh so he's not with you?**

No he's not with me he out doing other stuff, I almost never see him and he doesn't talk to me a lot.



GOVERNMENT EXHIBIT 80



GOVERNMENT
EXHIBIT
81





Gi-bones No 1 LLC
| Sioux Falls, SD 57104

**Payroll Register**

Employee    Check Info    Payroll Details        Jan 1, 2021 - Feb 5, 2024

| Name | SSN | Pay Start | Pay End | Chk Date | Chk # | Hours | Gross | Tips | Fed WH | Ssn Tax | Med Tax | Med Care Add'l Tip (Rptd) | Wage Garnishment | Net Pay |
|------|-----|-----------|---------|----------|-------|-------|-------|------|--------|---------|---------|---------------------------|------------------|---------|

*(Employee name and detail rows redacted/illegible)*

**Payroll Register**

Jan 1, 2021 - Feb 5, 2024



GOVERNMENT EXHIBIT 91 — PENGAD 800-631-6989

Gilibertos No 1 LLC

Sioux Falls, SD 57104

Juan Manuel Rivera

Sioux Falls, SD 57104

| Employee Pay Stub | | Check number: 100043 | | | Pay Period: 12/27/2021 - 01/02/2022 | | Pay Date: 01/04/2022 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| Juan Manuel Rivera, [redacted], Sioux Falls, SD 57104 | | | | | ***-**-8120 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 24:00 | 13.00 | 312.00 | 312.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -23.00 | -23.00 |
| Social Security Employee | -19.34 | -19.34 |
| Medicare Employee | -4.52 | -4.52 |
| | -46.86 | -46.86 |

| Net Pay | 265.14 | 265.14 |
|---|---|---|

Gilibertos No 1 LLC, 708 S Minnesota Ave, Sioux Falls, SD 57104

Gilibertos No 1 LLC

Sioux Falls, SD 57104

Juan Manuel Rivera

Sioux Falls, SD 57104

| Employee Pay Stub | | Check number: 100080 | | | Pay Period: 01/03/2022 - 01/09/2022 | | Pay Date: 01/11/2022 |

**Employee**

Juan Manuel Rivera, , Sioux Falls, SD 57104

SSN
***-**-8120

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 24.00 | 13.00 | 312.00 | 624.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -23.00 | -46.00 |
| Social Security Employee | -19.35 | -38.69 |
| Medicare Employee | -4.53 | -9.05 |
| | -46.88 | -93.74 |

| Net Pay | 265.12 | 530.26 |

Gilibertos No 1 LLC, 708 S Minnesota Ave, Sioux Falls, SD 57104

Gilibertos No 1 LLC

Sioux Falls, SD 57104

Juan Manuel Rivera

Sioux Falls, SD 57104

| Employee Pay Stub | | Check number: 100103 | | | Pay Period: 01/10/2022 - 01/16/2022 | Pay Date: 01/18/2022 |
|---|---|---|---|---|---|---|

**Employee**

SSN

Juan Manuel Rivera, ▮▮▮▮▮, Sioux Falls, SD 57104

\*\*\*-\*\*-8120

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 24.00 | 13.00 | 312.00 | 936.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addi Tax | 0.00 | 0.00 |
| Federal Withholding | -23.00 | -69.00 |
| Social Security Employee | -19.34 | -58.03 |
| Medicare Employee | -4.52 | -13.57 |
| | -46.86 | -140.60 |

| Net Pay | 265.14 | 795.40 |
|---|---|---|

Gilibertos No 1 LLC, 708 S Minnesota Ave, Sioux Falls, SD 57104

Gilibertos No 1 LLC

Sioux Falls, SD 57104

Juan Manuel Rivera

Sioux Falls, SD 57104

| Employee Pay Stub | | Check number: 100123 | | | Pay Period: 01/17/2022 - 01/23/2022 | | Pay Date: 01/25/2022 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Juan Manuel Rivera, | | Sioux Falls, SD 57104 | | | ***-**-8120 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 16:00 | 13.00 | 208.00 | 1,144.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -12.00 | -81.00 |
| Social Security Employee | -12.90 | -70.93 |
| Medicare Employee | -3.02 | -16.59 |
| | -27.92 | -168.52 |
| Net Pay | 180.08 | 975.48 |

Gilibertos No 1 LLC, 708 S Minnesota Ave, Sioux Falls, SD 57104

Gilibertos No 1 LLC

Sioux Falls, SD 57104

Juan Manuel Rivera
e
Sioux Falls, SD 57104

| Employee Pay Stub | | Check number: 100147 | | | | Pay Period: 01/24/2022 - 01/30/2022 | | Pay Date: 02/01/2022 |
|---|---|---|---|---|---|---|---|---|

| Employee | | | | | | SSN | |
|---|---|---|---|---|---|---|---|
| Juan Manuel  Rivera, | | , Sioux Falls, SD 57104 | | | | ***-**-8120 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 24:00 | 13.00 | 312.00 | 1,456.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -23.00 | -104.00 |
| Social Security Employee | -19.34 | -90.27 |
| Medicare Employee | -4.52 | -21.11 |
| | -46.86 | -215.38 |

| Net Pay | 265.14 | 1,240.62 |
|---|---|---|

Gilibertos No 1 LLC

Sioux Falls, SD 57104

Juan Manuel  Rivera

Sioux Falls, SD 57104

| Employee Pay Stub | | Check number: 100172 | | | Pay Period: 01/31/2022 - 02/06/2022 | | Pay Date: 02/08/2022 |
|---|---|---|---|---|---|---|---|

**Employee**

Juan Manuel Rivera, [REDACTED], Sioux Falls, SD 57104

**SSN**

***-**-8120

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 24:00 | 13.00 | 312.00 | 1,768.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -23.00 | -127.00 |
| Social Security Employee | -19.35 | -109.62 |
| Medicare Employee | -4.53 | -25.64 |
| | -46.88 | -262.26 |

| Net Pay | 265.12 | 1,505.74 |
|---|---|---|

Gilibertos No 1 LLC, 708 S Minnesota Ave, Sioux Falls, SD 57104

Gilibertos No 1 LLC

Sioux Falls, SD 57104

Juan Manuel Rivera

Sioux Falls, SD 57104

| Employee Pay Stub | | Check number: 100193 | | | Pay Period: 02/07/2022 - 02/13/2022 | | Pay Date: 02/15/2022 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| Juan Manuel Rivera, | | , Sioux Falls, SD 57104 | | | ***-**-8120 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 24.00 | 13.00 | 312.00 | 2,080.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -23.00 | -150.00 |
| Social Security Employee | | | -19.34 | -128.95 |
| Medicare Employee | | | -4.52 | -30.16 |
| | | | -46.86 | -309.12 |

| Net Pay | | | 265.14 | 1,770.88 |
|---|---|---|---|---|

Gilibertos No 1 LLC, 708 S Minnesota Ave, Sioux Falls, SD 57104

Gilibertos No 1 LLC

Sioux Falls, SD 57104

Juan Manuel Rivera

Sioux Falls, SD 57104

| Employee Pay Stub | | Check number: 100212 | | | Pay Period: 02/14/2022 - 02/20/2022 | Pay Date: 02/22/2022 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Juan Manuel Rivera, | | Sioux Falls, SD 57104 | | | ***-**-8120 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 24:00 | 13.00 | 312.00 | 2,392.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Add'l Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -23.00 | -173.00 |
| Social Security Employee | | | -19.34 | -148.30 |
| Medicare Employee | | | -4.52 | -34.68 |
| | | | -46.86 | -355.98 |
| Net Pay | | | 265.14 | 2,036.02 |

Gilibertos No 1 LLC, 708 S Minnesota Ave, Sioux Falls, SD 57104

Gilibertos No 1 LLC

Sioux Falls, SD 57104

Juan Manuel Rivera

Sioux Falls, SD 57104

| Employee Pay Stub | | Check number: 100254 | | | Pay Period: 02/21/2022 - 02/27/2022 | | Pay Date: 03/07/2022 |
|---|---|---|---|---|---|---|---|

**Employee**

| Juan Manuel Rivera, | Sioux Falls, SD 57104 | | | SSN ***-**-8120 |
|---|---|---|---|---|

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 24.00 | 13.00 | 312.00 | 2,704.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -23.00 | -196.00 |
| Social Security Employee | -19.35 | -167.65 |
| Medicare Employee | -4.53 | -39.21 |
| | -46.88 | -402.86 |

| Net Pay | 265.12 | 2,301.14 |
|---|---|---|

Gilibertos No 1 LLC, 708 S Minnesota Ave, Sioux Falls, SD 57104

Gilbertos No 1 LLC

Sioux Falls, SD 57104

Juan Manuel Rivera

Sioux Falls, SD 57104

| Employee Pay Stub | | Check number: 100255 | | | Pay Period: 02/28/2022 - 03/06/2022 | | Pay Date: 03/07/2022 |
| --- | --- | --- | --- | --- | --- | --- | --- |

| Employee | | | | | SSN |
| --- | --- | --- | --- | --- | --- |
| Juan Manuel Rivera, Sioux Falls, SD 57104 | | | | | ***-**-8120 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
| --- | --- | --- | --- | --- |
| Hourly | 16.00 | 13.00 | 208.00 | 2,912.00 |

| Taxes | | | Current | YTD Amount |
| --- | --- | --- | --- | --- |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -12.00 | -208.00 |
| Social Security Employee | | | -12.89 | -180.54 |
| Medicare Employee | | | -3.01 | -42.22 |
| | | | -27.90 | -430.76 |

| Net Pay | 180.10 | 2,481.24 |
| --- | --- | --- |

Gilbertos No 1 LLC, 708 S Minnesota Ave, Sioux Falls, SD 57104

Glibertos No 1 LLC
Sioux Falls, SD 57104

Juan Manuel Rivera
Sioux Falls, SD 57104

| Employee Pay Stub | | | Check number: 100271 | | Pay Period: 03/07/2022 - 03/13/2022 | Pay Date: 03/15/2022 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Juan Manuel Rivera, Sioux Falls, SD 57104 | | | | | ***-**-8120 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 24.00 | 13.00 | 312.00 | 3,224.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -23.00 | -231.00 |
| Social Security Employee | | | -19.35 | -199.89 |
| Medicare Employee | | | -4.53 | -46.75 |
| | | | -46.88 | -477.64 |

| Net Pay | | | 265.12 | 2,746.36 |
|---|---|---|---|---|

Gilibertos No 1 LLC

Sioux Falls, SD 57104

Juan Manuel Rivera

Sioux Falls, SD 57104

| Employee Pay Stub | | Check number: 100291 | | | | Pay Period: 03/14/2022 - 03/20/2022 | | Pay Date: 03/22/2022 |
|---|---|---|---|---|---|---|---|---|

| Employee | | | | | | SSN |
|---|---|---|---|---|---|---|
| Juan Manuel Rivera, | | Sioux Falls, SD 57104 | | | | ***-**-8120 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 24.00 | 13.00 | 312.00 | 3,536.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -23.00 | -254.00 |
| Social Security Employee | -19.34 | -219.23 |
| Medicare Employee | -4.52 | -51.27 |
| | -46.86 | -524.50 |

| Net Pay | 265.14 | 3,011.50 |
|---|---|---|

Gilibertos No 1 LLC, 708 S Minnesota Ave, Sioux Falls, SD 57104

Gilibertos No 1 LLC

Sioux Falls, SD 57104

Juan Manuel Rivera

Sioux Falls, SD 57104

| Employee Pay Stub | | Check number: 100309 | | | Pay Period: 03/21/2022 - 03/27/2022 | Pay Date: 03/28/2022 |

**Employee**

Juan Manuel Rivera, Sioux Falls, SD 57104

**SSN**

***-**-8120

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 24:00 | 13.00 | 312.00 | 3,848.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -23.00 | -277.00 |
| Social Security Employee | | | -19.35 | -238.68 |
| Medicare Employee | | | -4.53 | -55.80 |
| | | | -46.88 | -571.39 |
| Net Pay | | | 265.12 | 3,276.62 |

Gilibertos No 1 LLC, 703 S Minnesota Ave, Sioux Falls, SD 57104

Gilibertos No 1 LLC

Sioux Falls, SD 57104

Juan Manuel Rivera

Sioux Falls, SD 57104

| Employee Pay Stub | | Check number: 100328 | | | Pay Period: 03/28/2022 - 04/03/2022 | | Pay Date: 04/05/2022 |
|---|---|---|---|---|---|---|---|

**Employee**

| Juan Manuel Rivera, , Sioux Falls, SD 57104 | | | | | SSN ***-**-8120 | |
|---|---|---|---|---|---|---|

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 24.00 | 13.00 | 312.00 | 4,160.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -23.00 | -300.00 |
| Social Security Employee | | | -19.34 | -257.92 |
| Medicare Employee | | | -4.52 | -60.32 |
| | | | -46.86 | -618.24 |

| Net Pay | | | 265.14 | 3,541.76 |
|---|---|---|---|---|

Gilibertos No 1 LLC, 708 S Minnesota Ave, Sioux Falls, SD 57104

Gilibertos No 1 LLC

Sioux Falls, SD 57104

Juan Manuel Rivera

Sioux Falls, SD 57104

**Employee Pay Stub**  Check number: 100353  Pay Period: 04/04/2022 - 04/10/2022  Pay Date: 04/12/2022

| Employee | | SSN | |
|---|---|---|---|
| Juan Manuel Rivera, , Sioux Falls, SD 57104 | | ***-**-8120 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 16:00 | 13.00 | 208.00 | 4,368.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -12.00 | -312.00 |
| Social Security Employee | -12.90 | -270.82 |
| Medicare Employee | -3.02 | -63.34 |
| | -27.92 | -646.16 |
| **Net Pay** | **180.08** | **3,721.84** |

Gilibertos No 1 LLC, 708 S Minnesota Ave, Sioux Falls, SD 57104

Gilbertos No 1 LLC
[REDACTED]
Sioux Falls, SD 57104

Juan Manuel Rivera
[REDACTED]
Sioux Falls, SD 57104

| Employee Pay Stub | | | Check number: 100368 | | Pay Period: 04/11/2022 - 04/17/2022 | | Pay Date: 04/19/2022 |
|---|---|---|---|---|---|---|---|

**Employee**

| Juan Manuel Rivera, [REDACTED] Sioux Falls, SD 57104 | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| | | | | | ***-**-8120 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 24:00 | 13.00 | 312.00 | 4,680.00 |
| Tips (Reported on Check) | . | | 50.00 | 50.00 |
| | 24:00 | | 362.00 | 4,730.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -29.00 | -341.00 |
| Social Security Employee | | | -22.44 | -293.26 |
| Medicare Employee | | | -5.25 | -68.59 |
| | | | -56.69 | -702.85 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Tips (Kept) | | | -50.00 | -50.00 |

| Net Pay | | | 255.31 | 3,977.15 |
|---|---|---|---|---|

Gilbertos No 1 LLC, 708 S Minnesota Ave, Sioux Falls, SD 57104

Gilibertos No 1 LLC

Sioux Falls, SD 57104

Juan Manuel Rivera

Sioux Falls, SD 57104

| Employee Pay Stub | | Check number: 100417 | | | Pay Period: 04/25/2022 - 05/01/2022 | Pay Date: 05/03/2022 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Juan Manuel Rivera, Falls, SD 57104 | | | | | ***-**-8120 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 32:00 | 13.00 | 416.00 | 5,096.00 |
| Tips (Reported on Check) | | | | 50.00 |
| | 32:00 | | 416.00 | 5,146.00 |
| Taxes | | | Current | YTD Amount |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -35.00 | -377.00 |
| Social Security Employee | | | -25.79 | -319.05 |
| Medicare Employee | | | -6.03 | -74.62 |
| | | | -67.82 | -770.67 |
| Adjustments to Net Pay | | | Current | YTD Amount |
| Tips (Kept) | | | | -50.00 |
| Net Pay | | | 348.18 | 4,325.33 |

Gilibertos No 1 LLC, 708 S Minnesota Ave, Sioux Falls, SD 57104

Gilibertos No 1 LLC

Sioux Falls, SD 57104

Juan Manuel Rivera

Sioux Falls, SD 57104

| Employee Pay Stub | | Check number: 100430 | | | Pay Period: 05/02/2022 - 05/08/2022 | Pay Date: 05/10/2022 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Juan Manuel | | Sioux Falls, SD 57104 | | | ***-**-8120 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 30.00 | 13.00 | 390.00 | 5,486.00 |
| Tips (Reported on Check) | | | | 50.00 |
| | 30.00 | | 390.00 | 5,536.00 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Federal Withholding | | | -33.00 | -410.00 |
| Social Security Employee | | | -24.18 | -343.23 |
| Medicare Employee | | | -5.65 | -80.27 |
| | | | -62.83 | -833.50 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Tips (Kept) | | | | -50.00 |
| **Net Pay** | | | **327.17** | **4,652.60** |

Gilibertos No 1 LLC

███████████████

Sioux Falls, SD 57104

Juan Manuel Rivera

███████████████

Sioux Falls, SD 57104

| Employee Pay Stub | | Check number: 100454 | | | Pay Period: 05/09/2022 - 05/15/2022 | | Pay Date: 05/17/2022 |
|---|---|---|---|---|---|---|---|

**Employee**

Juan Manuel Rivera ███████████, Sioux Falls, SD 57104

**SSN**

***-**-8120

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 37:30 | 13.00 | 487.50 | 5,973.50 |
| Tips (Reported on Check) | | | 50.00 | 100.00 |
| | 37:30 | | 537.50 | 6,073.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -51.00 | -461.00 |
| Social Security Employee | -33.33 | -376.56 |
| Medicare Employee | -7.80 | -88.07 |
| | -92.13 | -925.63 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Tips (Kept) | -50.00 | -100.00 |

| Net Pay | 395.37 | 5,047.87 |
|---|---|---|

Gilibertos No 1 LLC



Juan Manuel  Rivera

Sioux Falls, SD 57104

| Employee Pay Stub | | Check number: 100474 | | | Pay Period: 05/16/2022 - 05/22/2022 | | Pay Date: 05/24/2022 |
|---|---|---|---|---|---|---|---|

**Employee**

Juan Manuel [REDACTED] Falls, SD 57104

SSN

***-**-8120

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 16:00 | 13.00 | 208.00 | 6,181.50 |
| Tips (Reported on Check) | | | | 100.00 |
| | 16:00 | | 208.00 | 6,281.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -12.00 | -473.00 |
| Social Security Employee | -12.89 | -389.45 |
| Medicare Employee | -3.01 | -91.08 |
| | -27.90 | -953.53 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Tips (Kept) | | -100.00 |

| Net Pay | 180.10 | 5,227.97 |
|---|---|---|

Gilibertos No 1 LLC, 708 S Minnesota Ave, Sioux Falls, SD 57104

Gilibertos No 1 LLC

Sioux Falls, SD 57104

Juan Manuel Rivera

Sioux Falls, SD 57104



**Employment Eligibility Verification**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 10/31/2022

## Section 2. Employer or Authorized Representative Review and Verification

*(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")*

| Employee Info from Section 1 | Last Name *(Family Name)* Rivera Ruiz | First Name *(Given Name)* Juan Manuel | M.I. N/A | Citizenship/Immigration Status 3 |
|---|---|---|---|---|

| List A Identity and Employment Authorization | OR | List B Identity | AND | List C Employment Authorization |
|---|---|---|---|---|
| Document Title Resident Alien Card (Form I-551) | | Document Title | | Document Title |
| Issuing Authority US DOJ-INS | | Issuing Authority | | Issuing Authority |
| Document Number AAA0000000000 | | Document Number | | Document Number |
| Expiration Date *(if any) (mm/dd/yyyy)* 01/12/2028 | | Expiration Date *(if any) (mm/dd/yyyy)* | | Expiration Date *(if any) (mm/dd/yyyy)* |
| Document Title | | | | |
| Issuing Authority | | Additional Information | | QR Code - Sections 2 & 3 Do Not Write In This Space |
| Document Number | | | | |
| Expiration Date *(if any) (mm/dd/yyyy)* | | | | |
| Document Title | | | | |
| Issuing Authority | | | | |
| Document Number | | | | |
| Expiration Date *(if any) (mm/dd/yyyy)* | | | | |

**Certification: I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.**

**The employee's first day of employment** *(mm/dd/yyyy)*: **09/25/2021** *(See instructions for exemptions)*

| Signature of Employer or Authorized Representative Trevor Chavez (esigned) | Today's Date *(mm/dd/yyyy)* 09/25/2021 | Title of Employer or Authorized Representative KM |
|---|---|---|
| Last Name of Employer or Authorized Representative Chavez | First Name of Employer or Authorized Representative Trevor | Employer's Business or Organization Name Texas Roadhouse |
| Employer's Business or Organization Address *(Street Number and Name)* | City or Town Sioux Falls | State SD | ZIP Code 57106 |

## Section 3. Reverification and Rehires *(To be completed and signed by employer or authorized representative.)*

| A. New Name *(if applicable)* | | | | B. Date of Rehire *(if applicable)* |
|---|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | | Middle Initial | Date *(mm/dd/yyyy)* |

**C. If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.**

| Document Title | Document Number | Expiration Date *(if any) (mm/dd/yyyy)* |
|---|---|---|

**I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.**

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Name of Employer or Authorized Representative |
|---|---|---|

Form I-9 10/21/2019

GOVERNMENT EXHIBIT
9 2
PENGAD 800-631-6989

## LISTS OF ACCEPTABLE DOCUMENTS
## All documents must be UNEXPIRED

Employees may present one selection from List A
or a combination of one selection from List B and one selection from List C.

| LIST A | | LIST B | LIST C |
|---|---|---|---|
| **Documents that Establish Both Identity and Employment Authorization** | **OR** | **Documents that Establish Identity** **AND** | **Documents that Establish Employment Authorization** |
| 1. U.S. Passport or U.S. Passport Card | | 1. Driver's license or ID card issued by a State or outlying possession of the United States provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | 1. A Social Security Account Number card, unless the card includes one of the following restrictions: (1) NOT VALID FOR EMPLOYMENT (2) VALID FOR WORK ONLY WITH INS AUTHORIZATION (3) VALID FOR WORK ONLY WITH DHS AUTHORIZATION |
| 2. Permanent Resident Card or Alien Registration Receipt Card (Form I-551) | | | |
| 3. Foreign passport that contains a temporary I-551 stamp or temporary I-551 printed notation on a machine-readable immigrant visa | | 2. ID card issued by federal, state or local government agencies or entities, provided it contains a photograph or information such as name, date of birth, gender, height, eye color, and address | |
| 4. Employment Authorization Document that contains a photograph (Form I-766) | | | 2. Certification of report of birth issued by the Department of State (Forms DS-1350, FS-545, FS-240) |
| 5. For a nonimmigrant alien authorized to work for a specific employer because of his or her status: | | 3. School ID card with a photograph | 3. Original or certified copy of birth certificate issued by a State, county, municipal authority, or territory of the United States bearing an official seal |
| a. Foreign passport; and | | 4. Voter's registration card | |
| | | 5. U.S. Military card or draft record | |
| b. Form I-94 or Form I-94A that has the following: | | 6. Military dependent's ID card | |
| (1) The same name as the passport; and | | 7. U.S. Coast Guard Merchant Mariner Card | |
| (2) An endorsement of the alien's nonimmigrant status as long as that period of endorsement has not yet expired and the proposed employment is not in conflict with any restrictions or limitations identified on the form. | | 8. Native American tribal document | 4. Native American tribal document |
| | | 9. Driver's license issued by a Canadian government authority | 5. U.S. Citizen ID Card (Form I-197) |
| | | | 6. Identification Card for Use of Resident Citizen in the United States (Form I-179) |
| | | **For persons under age 18 who are unable to present a document listed above:** | 7. Employment authorization document issued by the Department of Homeland Security |
| 6. Passport from the Federated States of Micronesia (FSM) or the Republic of the Marshall Islands (RMI) with Form I-94 or Form I-94A indicating nonimmigrant admission under the Compact of Free Association Between the United States and the FSM or RMI | | 10. School record or report card | |
| | | 11. Clinic, doctor, or hospital record | |
| | | 12. Day-care or nursery school record | |

**Examples of many of these documents appear in the Handbook for Employers (M-274).**

**Refer to the instructions for more information about acceptable receipts.**



# Form I-9 Supplement,
## Section 1 Preparer and/or Translator Certification

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
**Supplement**
OMB No. 1615-0047
Expires 10/31/2022

| Employee Name: | Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial |
|---|---|---|---|
| | | | |

**Instructions:** This supplement may be used if extra spaces are required to document more than one preparer and/or translator assisting an employee in completing Section 1 of Form I-9. The preparer and/or translator must enter the employee's name in the spaces provided. Each preparer or translator must complete, sign and date a separate certification area. Employers must retain completed supplement sheets with the employee's completed Form I-9.

**I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.**

| Signature of Preparer or Translator | | Date *(mm/dd/yyyy)* | |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | | |
| Address *(Street Number and Name)* | City or Town | State | ZIP Code |

**I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.**

| Signature of Preparer or Translator | | Date *(mm/dd/yyyy)* | |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | | |
| Address *(Street Number and Name)* | City or Town | State | ZIP Code |

**I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.**

| Signature of Preparer or Translator | | Date *(mm/dd/yyyy)* | |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | | |
| Address *(Street Number and Name)* | City or Town | State | ZIP Code |

**I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.**

| Signature of Preparer or Translator | | Date *(mm/dd/yyyy)* | |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | | |
| Address *(Street Number and Name)* | City or Town | State | ZIP Code |

| 1. | To (Name, Address, City, State, Zip Code)<br>Granberg Landscaping<br>47023 Smith Cir<br>Harrisburg, South Dakota 57032 | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT**<br>**SUBPOENA (Continuation)**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|---|

Summons Number: HSI-OF-2024-027450-001

3. Records required to be produced for inspection (continued)

The following applies if checked.

| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |
|---|---|

Please provide the employment documents from Juan Rivera-Ruiz (DOB 01/263/1990) to include his I9, application dates of employment and the average number of hours he worked per week.

Juan was hired 5-22-22 he worked for our company ~~too~~ until March 2023
He had a variation of hours depending on weather. Average 30-40

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to Special Agent David Hohn at David.hohn@hsi.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Special Agent David Hohn at U.S. Immigration and Customs Enforcement:
2708 NORTH 1ST AVENUE, SIOUX FALLS, SD, 57104

If you have questions, please contact Special Agent David Hohn at (605) 799-7943.

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*


GOVERNMENT EXHIBIT 93

22 Mayo.

12,250.⁰⁰

2 Junio.    600

8 Sabado        550

                650.

17 Junio.   600.

GOVERNMENT
EXHIBIT
94

r-40077-KES   Document 103   Filed 04/05/24   Page 73 of 75 Pa

1,100

1. 700   Interes. 8 Abril.

2. 800   Pago Chino

         300 Inter. 500 capital

         Abril  17.

1  300 Inter — Renta.

   300 Inter.  500 capital

   Saldo  12,



Pago Juan

China.                    2,100

Semana.

15 enero.      250 Herramienta

22  "    "      250 Pago.

29  "    "      250 Renta
              + 200 Pago.

5 Febrero  —  300 Pago

17  "    "      300  "  "

18  "    "      300  "  "
      Renta

5 Marzo        400 Pago.

20 Marzo      350 Pago

28  "    "      250 Renta

I, Juan Carlos Perez Garcia gave a loan of $16,000.00 dollars to Juan Manuel River Ruiz with the intent of construction in Guatemala. For a security deposit, Mr. Juan Carlos Perez Garcia gave me a copy of a land title that is in his name (copy attached), with the purpose of obtaining the original title as soon as possible. The contract was done on December 1, 2020. He paid me an amount of $250.00 on January 23, 2020, the second amount $300.00 on February 5, 2021, third amount of $300.00 on February 12, 2021, the fourth amount of $300.00 on February 19, 2021 and the fifth amount of $400.00 on March 6, 2021 giving a total of $1,550.00 through today and leaving a balance of $14,450.00 which from today will be 10% more per week until the account is cancelled.

By not completing this contract, it will be subject to bringing this case before the court.


(Signed by Juan Carlos Perez Garcia & Juan Manuel Rivera Ruiz)

